126 P.3d 426

# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

**January 6, 2006**

| 25889 | First Union Nat. Bank v. Canales | Affirmed |
|---|---|---|

**January 13, 2006**

| 25965 | Pao v. Chung | Affirmed |
|---|---|---|

**January 19, 2006**

| 26661 | State v. Young | Vacated and Remanded |
|---|---|---|

**January 20, 2006**

| 25908, 25909 | Lacuesta v. State | Affirmed |
|---|---|---|

**January 23, 2006**

| 25577 | Cloherty v. Continental Air Lines, Inc. | Affirmed |
|---|---|---|

**January 24, 2006**

| 26142 | First Ins. Co. of Hawaii, Ltd. v. Georgopapadakos | Affirmed |
|---|---|---|
| 25780 | Protection of Property of Elstner, In re | Affirmed |
| 26651 | State v. Oyamada | Reversed |
| 26530 | Waters v. Waters | Affirmed |